# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Earl Wright, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00236-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| David S. Cayer | ) | |
| FNU Poovey | ) | |
| Robert J. Conrad Jr. | ) | |
| State of North Carolina, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 15, 2014 Order.

May 15, 2014

Signed: May 15, 2014

Frank G. Johns, Clerk
United States District Court