UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00236-FDW-DCK

| | |
|---|---|
| EARL WRIGHT, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| JUDGE DAVID S. CAYER, *et. al.,* ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the *pro se* Plaintiff's "MOTION TO DENY DISMISSA FELONY ISSUE HAS NOT BEEN ADDRESS REMOVE CHARGES; THE STATE OF NC RALEIGH.NC." [sic]. (Doc. No. 9). Plaintiff's motion is not only entirely unintelligible, it also borders on delusional. The Court cannot discern any legal argument or request for relief in the illogical statements contained in Plaintiff's motion. To the extent Plaintiff moves this Court to reconsider its prior ruling dismissing this case as frivolous, that motion is DENIED.

Finally, this Court notes that it appears Plaintiff has a history of filing baseless lawsuits, which have become vexatious and serve to hinder the judicial economy and efficiency of the Court. See Wright v. Bank of America, 3:14-cv-94; Wright v. Womble Carlyle Sandrige & Rice, LLP,14-cv-240. **Plaintiff is hereby cautioned that further filing of frivolous cases in the Western District of North Carolina may result in the imposition of a prefiling injunction**, which would result in Plaintiff seeking the Court's permission before filing any matters in this Court, whether filed *in forma pauperis* or after paying the filing fee.

IT IS SO ORDERED.

Signed: October 16, 2014

Frank D. Whitney